1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   WAYNE A. WOLFF (Bar No. 161351)
2  JOHN G. GHERINI (Bar No. 220981)
   One Embarcadero Center, 16th Floor
3  San Francisco, California 94111-3628
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant
   MEDTRONIC, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ZHI MIN TONG, HONG JIE RUAN and HONG WEI RUAN,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC, INC.,<br><br>Defendant. | CASE NO. C-05-1075 MMC<br><br>**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER**<br><br>JUDGE: HONORABLE MAXINE CHESNEY<br>DEPT:   7 |
|---|---|

**STIPULATION**

Plaintiffs ZHI MIN TONG, HONG JIE RUAN and HONG WEI RUAN (hereafter "Plaintiffs") and defendant MEDTRONIC, INC. (hereafter "Defendant"), by and through their respective counsel of record, hereby stipulate to the following:

The parties have diligently worked to conduct the necessary discovery in this case. Both parties, however, need additional time to arrange and conduct testing of the subject product before proceeding with depositions of decedent's implanting surgeon, assisting surgeon, attending cardiologist, pathologist and autopsy physician concerning matters affecting the function and performance of the valve. Therefore, the parties have agreed to extend the non-expert discovery cutoff, and other related dates, as depicted in the chart below. The parties do not see a need to continue the trial date or the pre-trial conference date at this time.

///

1   The parties hereby stipulate to amend the Court's July 15, 2005 scheduling order as
2   follows:

| Event | Current Date | Proposed Stipulated Date |
|---|---|---|
| Non-Expert Discovery Cutoff | March 10, 2006 | May 8, 2006 |
| Simultaneous Expert Designation | April 25, 2006 | June 6, 2006 |
| Rebuttal Expert Designation | June 2, 2006 | July 7, 2006 |
| Expert Discovery Cutoff | June 30, 2006 | July 31, 2006 |
| Dispositive Motion Filing Date | July 14, 2006 | August 11, 2006 |
| Pretrial Conference Date | September 26, 2006 | September 26, 2006 |
| Trial Date | October 10, 2006 | October 10, 2006 |

12  SO STIPULATED AND AGREED

14  DATED: February 24, 2006    WALKUP, MELODIA, KELLY, WECHT &
                                SCHOENBERGER

                                By: _____
                                    Khaldoun Baghdadi
                                    Attorneys for Plaintiffs
                                    ZHI MIN TONG, HONG JIE RUAN and HONG WEI
                                    RUAN

21  DATED: February 28, 2006    SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                By: _____
                                    Wayne A. Wolff
                                    John G. Gherini
                                    Attorneys for Defendant
                                    MEDTRONIC, INC