United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZHI MIN TONG, et al.,

            Plaintiffs,

  v.

MEDTRONIC, INC.,

            Defendant.

_____/

No. C-05-1075 MMC

**ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT AND REMAND ACTION TO STATE COURT; VACATING HEARING**

(Docket No. 13)

      Before the Court is plaintiffs' motion, filed May 2, 2006, seeking leave to amend their complaint to add a non-diverse party, Coyness Ennix, M.D. ("Dr. Ennix"), as a Doe defendant and to remand the action to state court. On May 18, 2006, defendant Medtronic, Inc. filed a statement of non-opposition to the motion. Having reviewed the papers filed in support of the motion, and the statement of non-opposition, the Court finds the matter appropriate for decision without oral argument, <u>see</u> Civil L.R. 7-1(b), and hereby VACATES the June 9, 2006 hearing.

      Good Cause Appearing,

      The motion is hereby GRANTED, the First Amended Complaint (previously submitted as Exhibit F to the Declaration of Khaldoun A. Baghdadi) shall be FILED by the Clerk, and the above-titled action is hereby REMANDED to the California Superior Court

1    for the County of Alameda.

2    **IT IS SO ORDERED.**

3

Dated: May 18, 2006                    _____

4                                    MAXINE M. CHESNEY
                                   United States District Judge

2